IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 13 |
| CYNTHIA E. GARCIA | § | Case No. 18-30149-hcm |
| | § | |
| *Debtor* | § | |

**TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE TO RE-FILING A CASE TO THE LATER OF 180 DAYS; OR A TIME PERIOD DEEMED APPROPRIATE BY THE COURT UNDER 11 U.S.C. §105(a)**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

**In the event a timely response to this Motion is filed, there will be a hearing held March 14, 2018, at 9:15 a.m., in the United States Bankruptcy Court, located at 511 E. San Antonio Ave., 4th floor, El Paso, Texas 79901.**

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee ("Trustee"), files this *Motion to Dismiss Case with prejudice to re-filing a Case to the Later of 180 Days; or a Time Period Deemed Appropriate By the Court Under 11 U.S.C. §105(a)* and states:

1. Cynthia E. Garcia ("Debtor") has filed 3 prior bankruptcy case in the Western District of Texas, El Paso Division:
    a. Debtor filed Chapter 13, cause no. 15-30709 on 5/4/15, the case was dismissed on 2/1/16 pursuant to an Order for Summary Dismissal of Case for Failure to Make Plan Payments.
    b. Debtor filed Chapter 13, cause no. 13-30898 on 5/31/13, the case was dismissed on 2/27/15 pursuant to an Order for Summary Dismissal of Case for Failure to Make Plan Payments.

    c. Debtor filed Chapter 13, cause no. 12-31442 on 8/4/12, the case was dismissed on 11/9/12 pursuant to an Order for Summary Dismissal of Case for Failure to Make Plan Payments.

2. Trustee would show the Court that Debtor in the instant case no. 18-30149, Debtor has failed to timely file a Chapter 13 Plan and Bankruptcy Schedules, which were due within 14 days of the filing of the bankruptcy petition, due 2/16/18. See rules 1007(b), (c), and 3015(b) of the Federal Rules of Bankruptcy Procedure. Nor has the Debtor filed any pleading requesting an extension of time to file a Chapter 13 Plan or Bankruptcy Schedules in the present Chapter 13 case.

3. Trustee avers the Debtor's history of filing bankruptcy cases is for the purposes of delay; and the totality of circumstances, necessitate a dismissal with prejudice to re-filing a bankruptcy case.

4. Trustee further avers dismissal with prejudice for up to 180 days or a period of time that is in the best interest of the creditors and the estate, as the case is not filed in good faith. 11 U.S.C. 1307(c), 11 U.S.C. § 109(g) and 11 U.S.C. § 105(a).

Therefore, Trustee respectfully requests the Court dismiss the case with prejudice to re-filing a bankruptcy case to the later of 180 days, or a time period deemed appropriate under 11 U.S.C. 105(a).

        Respectfully submitted,

        /s/Stuart C. Cox
        Stuart C. Cox
        Standing Chapter 13 Trustee
        SBN: 00794992
        /s/Lucille Zavala
        Lucille Zavala
        Senior Staff Attorney for Stuart C. Cox
        SBN: 22251370
        1760 N. Lee Trevino Dr. El Paso, TX 79936
        (915) 598-6769 telephone
        (915) 598-9002 facsimile

## **CERTIFICATE OF SERVICE**

This certifies that a copy of *Motion to Dismiss Case with prejudice to re-filing a Case to the Later of 180 Days; or a Time Period Deemed Appropriate By the Court Under 11 U.S.C. §105(a)* was electronically filed on February 21, 2018, and service to the parties listed on the Court's creditor matrix will be sent by the Bankruptcy Noticing Center (BNC).

/s/Stuart C. Cox
Stuart C. Cox
/s/Lucille Zavala
Lucille Zavala